UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOEL M. DONEY, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-2113** |
| **HAMMOND CITY, ET AL.** | **SECTION "B"(4)** |

### JUDGMENT

The Court denied Plaintiff's Motion for New Trial against Defendant, City of Hammond (Rec. Doc. 141). Entry of a final judgment is proper because the resolution of that motion dismissed all claims against the defendant.

**IT IS ORDERED, ADJUDGED, AND DECREED** that that all claims in the above-captioned matter by Plaintiffs, Joel M. Doney and Kathleen G. Doney are **DISMISSED.**

New Orleans, Louisiana, this 14th day of October, 2016.

_____
SENIOR UNITED STATES DISTRICT JUDGE